IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH ARCHIE GREENE,

    Plaintiff,

v.                                          Civil Action No. 3:12CV191

CORRECTIONAL OFFICER CASPER, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 23, 2012, the Court conditionally docketed Joseph Archie Greene's action. The Memorandum Order warned Greene that he must immediately advise the Court of his new address in the event that he is transferred or relocated. On October 22, 2012, an October 11, 2012 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER" and "MOVED WITHOUT FORWARDING ADDRESS." Greene's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Greene.

It is so ORDERED.

                                                  /s/    REP
                                      Robert E. Payne
Date: January 14, 2013       Senior United States District Judge
Richmond, Virginia